UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**D.E.H.**

**V.**                                                                                                 CIVIL ACTION NO. **25-11271-DJC**

**PATRICIA HYDE, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the ECF Order dated June 18, 2025, dismissing the Petition, D. 1, it is hereby ORDERED the above-entitled action be and hereby is DISMISSED.

June 18, 2025                                                                       /s/ Lisa M. Hourihan
                                                                                              Deputy Clerk